JOHN H. WATSON, Plaintiff, *v.* JOSEPH F. CONDON, Appellant, and SYLVESTER S. McGRATH, Respondent, Impleaded with Others.

*Watson* v. *Beaver*, 157 App. Div. 917, appeal dismissed.
(Submitted October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1913, affirming a judgment in favor of defendant, respondent, entered upon a decision of the court on trial at Special Term in an action to recover a certain offered reward.

The motion was made upon the grounds that the action was one for services; that the decision of the Appellate Division was unanimous; that permission to appeal had not been obtained; that no question of law was involved, and that no exceptions appeared in the record.

*E. Mortimer Boyle* for motion.

*Harrison T. Slosson* and *Thomas W. Henry* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.